Dianne C. Kerns, Trustee
Office of Chapter 13 Bankruptcy
PMB #413
7320 N. La Cholla #154
Tucson, AZ  85741
Telephone  (520)  544-9094

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 PROCEEDINGS |
| | ) | |
| JOHN MADERO | ) | CASE NO.:  08-06436-TUC-EWH |
| ARMIDA MADERO | ) | |
| | ) | |
| | ) | |
| | ) | |
| DEBTORS | ) | |

**NOTICE OF INTENT TO DISMISS CASE FOR**
**FAILURE TO CONFIRM CHAPTER 13 PLAN OF REORGANIZATION**

**NOTICE IS HEREBY GIVEN**, that an Order Dismissing Case for Failure to Confirm will be filed with the

court without further notice, thirty (30) days from the date of this notice unless one of the following occurs

within thirty (30) days:

1) A properly noticed, proposed, Stipulated Order Confirming Chapter 13 Plan has been received by the

   Trustee;

2) A properly noticed motion to extend time to file a Stipulated Order Confirming Chapter 13 Plan has

   been docketed by the Bankruptcy Court or;

3) A properly noticed motion or notice of conversion to another chapter has been filed with the court.

Dated: 11/12/2009                                      /s/  Dianne C. Kerns  011557

                                                       Dianne C. Kerns, Esq.
                                                       Chapter 13 Trustee

CASE NO.: 08-06436-TUC-EWH

A Copy of the foregoing was lodged with the U.S.
Bankruptcy Court electronically, and mailed first class
on November 12, 2009 to:


JOHN MADERO                          RONALD RYAN
ARMIDA MADERO                        RONALD RYAN PC
1437 W ONTARIO                       1413 E HEDRICK DR
TUCSON, AZ  85745                    TUCSON, AZ  85719-2633


By Dawn Hoffman